# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fifth Third Bank<br>c/o Michael Messenger, Esq.<br>433 N. Summit, Ninth Floor<br>Toledo, OH, 43604 | Michael Messenger, Esq.<br>419.249.7900<br>mmessenger@rcolaw.com | Unsecured Portion of Secured Claim | | | | 1,636,000.00 |
| 2 | Gordon Food Service<br>8040 Kensington Ct.<br>Brighton, MI, 48116 | Bill Denhof<br>616.717.6372<br>bill.denhof@gfs.com | Suppliers or Vendors | | | | 997,095.00 |
| 3 | LaBelle Management, et al.<br>405 S. Mission St.<br>Mount Pleasant, MI, 48858 | K. Kobane<br>989.8174917<br>kkobane@labellemgt.com | Termination of lease damages | Disputed<br>Contingent | | | 389,053.00 |
| 4 | Mercantile Bank<br>c/o Andrew Shier, Esq.<br>99 Monroe Ave NW, Suite 1100<br>Grand Rapids, MI, 49503 | Andrew Shier, Esq.<br>FAX: 616.732.5099<br>acs@msblaw.com | Unsecured Portion of Secured Claim | | | | 370,000.00 |
| 5 | Legendary Restaurant Brands<br>5151 Beltline Rd.<br>Suite 300<br>Dallas, TX, 75254 | P. Mangiamele<br>469.248.4419<br>pmangiamele@lrbllc.com | | | | | 150,000.00 |
| 6 | McDonald Hopkins PLC<br>39533 Woodward Ave.<br>Suite 318<br>Bloomfield Hills, MI, 48304 | Steve Gross<br>248.220.1337<br>sgross@mcdonaldhopkins.com | Legal Services | | | | 87,128.00 |
| 7 | Conway MacKenzie, Inc.<br>401 S. Old Woodward<br>Suite 340<br>Birmingham, MI, 48009 | W. Popiel<br>248.433.3143<br>wpopiel@conwaymackenzie.com | Financial Services | | | | 40,373.00 |
| 8 | Compeat, Inc.<br>PO Box 120397<br>Dallas, TX, 75312 | 512.256.8558<br>accountsreceivable@compeat.com | Restaurant Management Software | | | | 37,773.00 |

| | Debtor: Inspired Concepts, LLC | | | Case number (if known): | | | |
|---|---|---|---|---|---|---|---|
| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Lamar Advertising<br>5321 Corporate Blvd.<br>Baton Rouge, LA, 70896 | 888.407.9552<br>FAX: 225.926.1281 | Advertising/Marketing | | | | 27,915.00 |
| 10 | The TM Group<br>27555 Executive Dr.<br>Suite 100<br>Elsie, MI, 48831 | C. Tepper<br>888.482.2864<br>ctepper@tmgroup.com | Software/Operating Systems | | | | 23,394.00 |
| 11 | Quality Acquisitions, LLC<br>PO Box 2470<br>Portage, MI, 49081 | 269.323.2441<br>ttimmons@mcweiner.com | | | | | 18,883.00 |
| 12 | Priority Health<br>1231 E. Beltline NE<br>Grand Rapids, MI, 49525 | 616.464.8550<br>rebecca.mladenoff@priorityhealth.com | | | | | 18,431.00 |
| 13 | IGS Energy<br>PO Box 936626<br>Atlanta, GA, 31193 | 614.659.5121<br>jason.clemens@creativenergy.org | Utility Services | | | | 14,443.00 |
| 14 | Mathesen Law Firm<br>200 Woodland Pass<br>Suite F<br>East Lansing, MI, 48823 | Michael Mathesen<br>517.993.6699<br>michael@mathesenlawfirm.com | Legal Services | | | | 13,569.00 |
| 15 | CIty of Portage<br>7900 S. Westnedge Ave.<br>Portage, MI, 49002 | FAX: 269.324.0471<br>treasurer@portagemi.gov | Taxes & Other Government Units | | | | 11,312.00 |
| 16 | Outfront Media<br>185 US Highway 46<br>Fairfield, NJ, 07004 | L. Grady<br>810.232.8484<br>lueida.grady@outfrontmedia.com | | | | | 6,000.00 |
| 17 | Crossroads Digital Outdoor<br>200 N. Washington Square<br>Suite 440<br>Lansing, MI, 48933 | accounting@crossroadsoutdoor.com | Advertising/Marketing | | | | 6,000.00 |
| 18 | Coldwater Board of Public Utilities<br>One Grand St.<br>Coldwater, MI, 49036 | FAX: 517.279.0805<br>helpdesk@cbpu.com | | | | | 4,987.00 |
| 19 | Coca-Cola<br>PO Box 102703<br>Atlanta, GA, 30368 | 800.638.1985<br>fbojang@coca-cola.com | Suppliers or Vendors | | | | 4,739.00 |
| 20 | DTE Energy<br>Attn: Legal Dept.<br>One Energy Plaza<br>Detroit, MI, 48226 | econ_dev@dteenergy.com | Utility Services | | | | 4,177.00 |