# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the matter of:

INSPIRED CONCEPTS, LLC,

    Debtor.

Case No. 20-20034-dob

Chapter 11

Hon. Daniel Opperman

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Creditor LABELLE LIMITED PARTNERSHIP, and requests that all notices given or required to be given in the above case and all papers served in the above case be given to and served upon the undersigned at the office, telephone number, e-mail address, and/or facsimile number below.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Sections 704(a)(7); 1106(a)(1); 1202(b)(1) and/or 1302(B)(1) of the Bankruptcy Code, as applicable in this case; the foregoing demand includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, e-mail or otherwise, which affects the Debtor or the property of the Debtor or the estate.

    Respectfully submitted,

Date: January 13, 2020    By: /s/ Michael S. McElwee
    Michael S. McElwee (P36088)
    VARNUM LLP
    Attorneys for Shiva Management, LLC
    Bridgewater Place, P.O. Box 352
    Grand Rapids, MI 49501-0352
    (616) 336-6000/(616) 336-7000 - FAX
    msmcelwee@varnumlaw.com

15857162_1.docx