UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

    INSPIRED CONCEPTS, LLC,

        Debtor.

Case No. 20-20034-dob
Chapter 11
Hon. Daniel Opperman

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Brendan G. Best of Varnum LLP appears as counsel for creditors Ovens, LLC, Cindy Belle, LLC, Hoss, LLC, JBT, LLC and LaBelle Limited Partnership (the "Creditors"), and pursuant to F. R. Bankr. P. 2002 and 9010, requests that all notices given or required to be given in the above case and all papers served in the above case be given to and served upon the following:

Brendan G. Best
VARNUM LLP
160 W. Fort St., Fifth Floor
Detroit, MI 48226
(313) 481-7326
bgbest@varnumlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion,

petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, email or otherwise, that affects this case.

This *Notice of Appearance and Request for Service of Papers* shall not be deemed or construed to be a waiver of the Creditors' rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditors' are or may be entitled, in law or in equity; all of which rights, claims, actions, defenses, setoffs and recoupments to which Creditors' expressly reserve.

                                                Respectfully submitted,

                                                VARNUM LLP

                                                By: */s/ Brendan G. Best*
                                                      BRENDAN G. BEST (P66370)
                                                      160 W. Fort St., 5th Floor
                                                      Detroit, MI 48226
                                                      (313) 481-7326
                                                      bgbest@varnumlaw.com

                                                *Attorneys for Creditors Ovens, LLC,*
                                                *Cindy Belle, LLC, Hoss, LLC, JBT, LLC*
Dated: January 13, 2020                  *and LaBelle Limited Partnership*