**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

In re:                                                         Case No. 20-20034-dob

INSPIRED CONCEPTS, LLC,                      Chapter 11 Filed: 01/10/2020

Debtor.                                                       Hon. Daniel S. Opperman

_____/

## NOTICE OF APPEARANCE

To:    Clerk
       US Bankruptcy Court
       111 First Street
       Bay City, MI 48708

PLEASE TAKE NOTICE that McShane & Bowie, P.L.C., hereby appears as counsel for

Creditor **MERCANTILE BANK OF MICHIGAN** and pursuant to Federal Rules of 9010(b),

request that all notice given or required to be given in these proceedings and all papers served or

required to be served in these proceedings, be given to and served upon them at the following

address:   McShane & Bowie, P.L.C., Attn: Andrew Shier, 99 Monroe NW, Grand Rapids,

Michigan 49503 and acs@msblaw.com.

Dated:  January 13, 2020                      MCSHANE & BOWIE, P.L.C.
                                              Attorneys for Mercantile Bank of Michigan

                                              By:    /s/ Andrew C. Shier
                                                    Andrew C. Shier (P58786)
                                                    99 Monroe NW, Suite 1100
                                                    Grand Rapids, MI 49503
                                                    (616) 732-5000
                                                    acs@msblaw.com

605540