**Fill in this information to identify the case:**

Debtor name __Inspired Concepts, LLC__

United States Bankruptcy Court for the: __Eastern District of Michigan__

Case number (If known): __20-20034__

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank | Checking | 9 4 8 7 | $ 32,500.00 |
| 3.2. | Fifth Third Bank (Closed) | Checking | 1 8 5 5 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $_____
   4.2. _____ $_____

5. **Total of Part 1** — $ 32,500.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. See Schedule A/B Part 2, Question 7 Attachment — $ 29,422.00
   7.2. _____ $_____

| Debtor | Inspired Concepts, LLC | Case number (*if known*) | 20-20034 |
|---|---|---|---|
| | Name | | |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____ $ _____

   8.2. _____ $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $ 29,422.00

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ........➔  $ _____
    face amount                    doubtful or uncollectible accounts

    11b. Over 90 days old: _____ – _____ = ........➔  $ _____
    face amount                    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $ _____

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____ _____ $ _____

    14.2. _____ _____ $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1. KJ Endeavors, LLC _____ 100 ___% _____ $ Unknown

    15.2. _____ ___% _____ $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____ _____ $ _____

    16.2. _____ _____ $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

    $ 0.00

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 2

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | ____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** | ____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | ____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** <br> Food Products | ____ MM / DD / YYYY | $ _____ | Estimated cost | 109,000.00 <br> $ _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 109,000.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value _____ Valuation method Estimated cost _____ Current value 109,000.00 _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ _____ | | $ _____ |

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 3

Debtor    Inspired Concepts, LLC
          Name

Case number *(if known)*   20-20034

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Leased Misc. Office furnishings included with real property lease | $_____ | _____ | $ 0.00 |
| 40. **Office fixtures**<br>Lease of Office Copier | $_____ | _____ | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Lease of Pitney Bowes postage machine | $_____ | _____ | $ 0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · $_____ | |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 4

| Debtor | Inspired Concepts, LLC | | Case number (if known) | 20-20034 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See Schedule A/B Part 8, Question 50 Attachment

| | | | |
|---|---|---|---|
| | $_____ | Estimated Liquidation | $ 119,061.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 119,061.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 5

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Schedule A/B Part 9, Question 55 Attachment | Leased Real Property | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☑ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☐ No. Go to Part 11.
   - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>See Schedule A/B Part 10, Question 62 Attachment | $_____ | _____ | Unknown<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>Michigan Liquor Control Commission License (See Fixed Asset Sch | $_____ | Estimated | 170,000.00<br>$_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 170,000.00

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____   _____ − _____ = ➡ $_____
                                Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim     _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim     _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

| Debtor | Inspired Concepts, LLC | Case number *(if known)* | 20-20034 |
|---|---|---|---|
| | Name | | |

---

**Part 12:**  **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 32,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 29,422.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 109,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 119,061.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 170,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. .............91a. | $ 459,983.00 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................... 459,983.00    $ 459,983.00

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 8

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Inspired Concepts, LLC |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number (If known): | 20-20034 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Fifth Third Bank | All Asset Lien | $ 2,036,232.00 | $ 400,000.00 |

Creditor's mailing address

c/o Michael Messenger, Esq.
433 N. Summit St, Ninth Floor, Toledo, OH

Creditor's email address, if known

mmessenger@rcolaw.com

Date debt was incurred    10/01/2014

Last 4 digits of account number

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Mercantile Bank | Liens on FFE located at 4493 E. Blue Grass, Mt. Pleasant, MI | $405,193.00 | $Unknown |

Creditor's mailing address
c/o Andre Shier, Esq.
99 Monroe Ave. NW, Suite 1100, Grand Ra

Creditor's email address, if known
acs@msblaw.com

Date debt was incurred    02/08/2017

Last 4 digits of account number

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $ 2,441,425.00

| Debtor | Inspired Concepts, LLC | Case number (*if known*) | 20-20034 |
|--------|------------------------|--------------------------|----------|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** | **Creditor's name**

Michigan Department of Treasury

**Creditor's mailing address**

Collections
PO Box 30199, Lansing, MI 48909

**Creditor's email address, if known**

**Date debt was incurred** 09/17/2019

**Last 4 digits of account number** 4632

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

all assets lien

**Describe the lien**

tax lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

$0.00     $0.00

---

**2.___** | **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Inspired Concepts, LLC | | Case number *(if known)* | 20-20034 |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white">

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

</div>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Form 206D                    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**
page _3_ of _3_

**Fill in this information to identify the case:**

Debtor    Inspired Concepts, LLC

United States Bankruptcy Court for the:   Eastern District of Michigan

Case number   20-20034
(if known)

☑ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Branch County Treasurer
31 Division St.
Coldwater, MI, 49036

As of the petition filing date, the claim is: $ Undetermined    $ _____
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
CIty of Owosso
301 West Main
Owosso, MI, 48867

As of the petition filing date, the claim is: $ 1,712.00    $ 1,712.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
CIty of Portage
7900 S. Westnedge Ave.
Portage, MI, 49002

As of the petition filing date, the claim is: $ 11,524.00    $ 11,312.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | Inspired Concepts, LLC | Case number *(if known)* | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2._4_** **Priority creditor's name and mailing address**
Charter Twp. of Union
2010 S. Lincoln Rd.
Mount Pleasant, MI, 48858

$ 4,768.00     $ 4,768.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

---

**2._5_** **Priority creditor's name and mailing address**
City of Cadillac
200 N. Lake St.
Cadillac, MI, 49601

$ 3,273.00     $ 3,273.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

---

**2._6_** **Priority creditor's name and mailing address**
City of Gaylord
305 E. Main St.
Gaylord, MI, 49735

$ 1,081.00     $ 1,081.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

---

**2._7_** **Priority creditor's name and mailing address**
City of Midland
333 W. Ellsworth St.
Midland, MI, 48640

$ 3,073.00     $ 3,073.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 2 of 33

AMENDED

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
| | Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.8** Priority creditor's name and mailing address

City of Mt. Pleasant
PO Box 503
Mount Pleasant, MI, 48804

$ 7,147.00          $ 7,147.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**2.9** Priority creditor's name and mailing address

City of Northville Tax Department
44405 Six Mile
South Monroe, MI, 48168

$ 701.00          $ 701.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**2.10** Priority creditor's name and mailing address

City of Rochester Hills
1000 Rochester Hills Drive
Rochester, MI, 48309

$ 2,462.00          $ 2,462.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**2.11** Priority creditor's name and mailing address

City of Troy
PO Box 554754
Detroit, MI, 48255

$ 863.00          $ 863.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2. 12 Priority creditor's name and mailing address**
Dekalb County Treasurer
100 South Main St.
Auburn, IN, 46706

Total claim: $ 1,090.00    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 13 Priority creditor's name and mailing address**
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA, 19101-7346

Total claim: $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 1178

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 14 Priority creditor's name and mailing address**
Isabella County Treasurer
200 Main St., #245
Mount Pleasant, MI, 48858

Total claim: $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. 15 Priority creditor's name and mailing address**
Michigan Dept. Treasury
Business Tax Section
PO Box 30427
Lansing, MI, 48909

Total claim: $ 572,864.00    Priority amount: $ 572,864.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 1178

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 4 of 33

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.16  Priority creditor's name and mailing address**
Midland County Treasurer
220 N. Ellsworth St.
Midland, MI, 48640

$ Undetermined   $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
- ☑ No
- ☐ Yes

---

**2.17  Priority creditor's name and mailing address**
Oakland County Treasurer
1200 N. Telegraph
Building 12E
Pontiac, MI, 48341

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
- ☑ No
- ☐ Yes

---

**2.18  Priority creditor's name and mailing address**
Ogemaw County Treasurer
806 W. Houghton Ave., #103
West Branch, MI, 48661

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
- ☑ No
- ☐ Yes

---

**2.19  Priority creditor's name and mailing address**
Otsego County Treasurer
225 W. Main St., #107
Gaylord, MI, 49735

$ Undetermined   $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
- ☑ No
- ☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 5 of 33

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.20 Priority creditor's name and mailing address**
Saginaw County Treasurer
111 S. Michigan Ave.
Room 107
Saginaw, MI, 48602

Total claim: $ Undetermined    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.21 Priority creditor's name and mailing address**
Saginaw Twp.
PO Box 6400
Saginaw, MI, 48608

Total claim: $ 2,110.00    Priority amount: $ 2,110.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.22 Priority creditor's name and mailing address**
Shiawasee County Treasurer
208 N. Shiawasee, #2
Corunna, MI, 48817

Total claim: $ Undetermined    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.23 Priority creditor's name and mailing address**
Wayne County Treasurer
400 Monroe St.
Fifth Floor
Detroit, MI, 48226

Total claim: $ Undetermined    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 6 of 33

| Debtor | Inspired Concepts, LLC | | Case number (if known) | 20-20034 |
|---|---|---|---|---|
| | Name | | | |

## Part 1. Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.24 Priority creditor's name and mailing address**
West Bloomfield Twp.
4550 Walnut Lake Rd.
West Bloomfield, MI, 48323

$ 674.00          $ 674.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.25 Priority creditor's name and mailing address**
West Branch Twp.
1705 S Fairview
Mulliken, MI, 48861

$ 5,223.00          $ 5,223.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.26 Priority creditor's name and mailing address**
Wexford County Treasurer
437 E. Division St.
Cadillac, MI, 49601

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.___ Priority creditor's name and mailing address**

$ _____          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 7 of 33

Debtor __Inspired Concepts, LLC_____ Case number (*if known*) __20-20034_____
                    Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
21st Century Media - Michigan
PO Box 8003
Willoughby, OH, 44096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 2,000.00

**Date or dates debt was incurred** 12/2019
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Advanced Mechanical Services
19466 18 Mile Rd.
Leroy, MI, 49655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,245.00

**Date or dates debt was incurred** 03/2019
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Advanced Technology Services
1348 Delta Dr.
Saginaw, MI, 48638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,025.00

**Date or dates debt was incurred** 10/2019
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Airgas USA
6055 Rockside Woods Blvd.
Independence, OH, 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 295.00

**Date or dates debt was incurred** 12/2019
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
All Season Experts LLC
10351 E. Wing Rd.

Shepherd, MI, 48883

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 344.00

**Date or dates debt was incurred** 09/2019
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Anytime Septic
671 W. Girard Rd.
Saginaw, MI, 48603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 250.00

**Date or dates debt was incurred** 03/2019
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 8 of 33

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.7  Nonpriority creditor's name and mailing address**

Back of House Services
PO Box 95
Owosso, MI, 48867

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 653.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  12/2019

Last 4 digits of account number  _____

**3.8  Nonpriority creditor's name and mailing address**

Bell Landscaping
5247 N. Westervelt Rd.
Saginaw, MI, 48604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 300.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  12/2019

Last 4 digits of account number  _____

**3.9  Nonpriority creditor's name and mailing address**

Bestway Co.
3275 Bowman Rd
Bay City, MI, 48706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 260.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  01/2020

Last 4 digits of account number  _____

**3.10  Nonpriority creditor's name and mailing address**

Brink's U.S.
PO Box 619031
Dallas, TX, 75261

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 5,725.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  11/2019

Last 4 digits of account number  _____

**3.11  Nonpriority creditor's name and mailing address**

Cadillac News
PO Box 640
130 N. Mitchell St.
Cadillac, MI, 49601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 139.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  11/2019

Last 4 digits of account number  _____

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12    **Nonpriority creditor's name and mailing address**

Capitol One/Spark Business
PO Box 30285
Salt Lake City, UT, 84130

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 20,000.00

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | 11/2019 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 13    **Nonpriority creditor's name and mailing address**

Central Plumbing
600 N. Mission St.
Mount Pleasant, MI, 48858

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 496.00

**Basis for the claim:**

| Date or dates debt was incurred | 12/2019 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 14    **Nonpriority creditor's name and mailing address**

CharBhan Holdings, LLC
555 S. Mission St.
Mount Pleasant, MI, 48858

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 11,725.00

**Basis for the claim:** Other

| Date or dates debt was incurred | |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 15    **Nonpriority creditor's name and mailing address**

Chimney Champ
1003 Sylvan Lane
Midland, MI, 48640

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 160.00

**Basis for the claim:** Services

| Date or dates debt was incurred | 12/2019 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 16    **Nonpriority creditor's name and mailing address**

Cintas Corp.
3524 S. Canal
Suite C
Lansing, MI, 48917

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 596.00

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 01/2020 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 17  **Nonpriority creditor's name and mailing address**

Clayton Garrett
c/o Sam Bernstein Law Firm
31731 Northwestern Hwy., Suite 333
Farmington, MI, 48334

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Personal Injury

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred    2018

Last 4 digits of account number    _____

$ 10,000.00

---

**3.** 18  **Nonpriority creditor's name and mailing address**

Clean Earth Environmental
5189 King Hwy.
Kalamazoo, MI, 49048

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred    11/2019

Last 4 digits of account number    _____

$ 295.00

---

**3.** 19  **Nonpriority creditor's name and mailing address**

Coca-Cola
PO Box 102703
Atlanta, GA, 30368

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred    08/2019

Last 4 digits of account number    _____

$ 4,739.00

---

**3.** 20  **Nonpriority creditor's name and mailing address**

Coldwater Board of Public Utilities
One Grand St.
Coldwater, MI, 49036

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred    03/2019

Last 4 digits of account number    _____

$ 4,987.00

---

**3.** 21  **Nonpriority creditor's name and mailing address**

Commercial Kitchen Service Co.
704 E. John St.
PO Box 567
Bay City, MI, 48707

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred    12/2019

Last 4 digits of account number    _____

$ 192.00

---

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address

Compeat, Inc.
PO Box 120397
Dallas, TX, 75312

As of the petition filing date, the claim is: $ 37,773.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Restaurant Management Software

Date or dates debt was incurred     03/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

Consumers Energy
PO Box 740309
Cincinnati, OH, 45274

As of the petition filing date, the claim is: $ 30,694.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred     01/2020

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

Conway MacKenzie, Inc.
401 S. Old Woodward
Suite 340
Birmingham, MI, 48009

As of the petition filing date, the claim is: $ 40,373.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Financial Services

Date or dates debt was incurred     03/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.25** Nonpriority creditor's name and mailing address

Cozzini Bros. Nationwide Sharpening
350 Howard Ave.
Des Plaines, IL, 60018

As of the petition filing date, the claim is: $ 38.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred     11/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

Crossroads Digital Outdoor
200 N. Washington Square
Suite 440
Lansing, MI, 48933

As of the petition filing date, the claim is: $ 6,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Advertising/Marketing

Date or dates debt was incurred     11/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 12 of 33

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address

Cumulus Broadcasting
3653 Momentum Place
Chicago, IL, 60689

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred     11/2018
Last 4 digits of account number _____

$ 623.00

---

**3.28** Nonpriority creditor's name and mailing address

D. Baker and Son Plumbing
985 E. State Rd. 120
Fremont, IN, 46737

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     03/2019
Last 4 digits of account number _____

$ 255.00

---

**3.29** Nonpriority creditor's name and mailing address

DayMark Safety Systems
12836 S. Dixie Hwy.
Bowling Green, OH, 43402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     11/2019
Last 4 digits of account number _____

$ 65.00

---

**3.30** Nonpriority creditor's name and mailing address

Direct TV
PO Box 5006
Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred     12/2019
Last 4 digits of account number _____

$ 607.00

---

**3.31** Nonpriority creditor's name and mailing address

Dover Grease Traps, Inc.
16585 13 Mile Rd.
Fraser, MI, 48026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     07/2019
Last 4 digits of account number _____

$ 2,458.00

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Inspired Concepts, LLC | Case number *(if known)* | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**<sup>32</sup> **Nonpriority creditor's name and mailing address**

Drain Doctors
13000 15 Mile Rd.
Marshall, MI, 49068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 300.00

**Date or dates debt was incurred** 03/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.**<sup>33</sup> **Nonpriority creditor's name and mailing address**

DTE Energy
Attn: Legal Dept.
One Energy Plaza
Detroit, MI, 48226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 4,177.00

**Date or dates debt was incurred** 12/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**<sup>34</sup> **Nonpriority creditor's name and mailing address**

ECOLAB
PO Box 70343
Chicago, IL, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,296.00

**Date or dates debt was incurred** 09/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**<sup>35</sup> **Nonpriority creditor's name and mailing address**

Ecolab Food Safety Specialists
24198 Network Place
Chicago, IL, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 719.00

**Date or dates debt was incurred** 11/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.**<sup>36</sup> **Nonpriority creditor's name and mailing address**

Elite Steam
620 N. Antler St.
Gladwin, MI, 48624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 350.00

**Date or dates debt was incurred** 08/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 14 of 33

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. **37**  **Nonpriority creditor's name and mailing address**

Elliot Food Equipment
2224 West Willow St.
Lansing, MI, 48917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  10/2019

Last 4 digits of account number  _____

$ 1,142.00

---

3. **38**  **Nonpriority creditor's name and mailing address**

Empire Heating & Cooling
1117 E. 10 Mile Rd.
Madison Heights, MI, 48071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  12/2019

Last 4 digits of account number  _____

$ 796.00

---

3. **39**  **Nonpriority creditor's name and mailing address**

eXtreme Power Washing
1044 N. Iva Rd
Hemlock, MI, 48626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  10/2019

Last 4 digits of account number  _____

$ 125.00

---

3. **40**  **Nonpriority creditor's name and mailing address**

G&S Mechanical
2736 North Johnson Rd.
Weidman, MI, 48893

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  11/2019

Last 4 digits of account number  _____

$ 1,467.00

---

3. **41**  **Nonpriority creditor's name and mailing address**

Gary Hutchinson
2141 Orr Rd.
Caro, MI, 48273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  01/2020

Last 4 digits of account number  _____

$ 712.00

---

| Debtor | Inspired Concepts, LLC | Case number (*if known*) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

Gordon Food Service
8040 Kensington Ct.

Brighton, MI, 48116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    01/2019

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 997,095.00

---

**3.43** Nonpriority creditor's name and mailing address

Graheks
515 E. 13th St.

Cadillac, MI, 49601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    07/2019

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,231.00

---

**3.44** Nonpriority creditor's name and mailing address

Halo Branded Solutions
3182 Momentum Place
Chicago, IL, 60689

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    11/2019

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 201.00

---

**3.45** Nonpriority creditor's name and mailing address

Happy Tappy Draft Beer Services
500 Garfield Ave.
Bay City, MI, 48708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    11/2019

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 96.00

---

**3.46** Nonpriority creditor's name and mailing address

Hoodz
36955 Amrhein Rd.
Livonia, MI, 48150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    07/2019

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 800.00

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     page 16 of 33

| Debtor | Inspired Concepts, LLC | Case number *(if known)* | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

IGS Energy
PO Box 936626
Atlanta, GA, 31193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 14,443.00

Date or dates debt was incurred    09/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Industrial Steam Cleaning
290 University Dr.
Pontiac, MI, 48342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 375.00

Date or dates debt was incurred    12/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

Inspired Concepts Management, LLC
555 S. Mission St.
Mount Pleasant, MI, 48858

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Other

$ 59,612.00

Date or dates debt was incurred    07/2015

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Johnson & Wood
3234 Associates Dr.
Burton, MI, 48529

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,489.00

Date or dates debt was incurred    07/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

Johnson Controls Fire Protection
Department CH10320
Palatine, IL, 60055

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Services

$ 4,492.00

Date or dates debt was incurred    03/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Inspired Concepts, LLC | Case number *(if known)* | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** Nonpriority creditor's name and mailing address

JPNJ Enterprises, LLC
555 S. Mission St.
Mount Pleasant, MI, 48858

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: Other

**$ 103,616.00**

Date or dates debt was incurred    09/2015

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
❑ Yes

---

**3.53** Nonpriority creditor's name and mailing address

JW Shaw Electric
4893 Teddington Dr.
West Bloomfield, MI, 48323

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: Services

**$ 440.00**

Date or dates debt was incurred    03/2019

Last 4 digits of account number _____

Is the claim subject to offset?
✔ No
❑ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Keystone Self Storage
3770 Tittabawassee Rd.
Saginaw, MI, 48604

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: Services

**$ 9.00**

Date or dates debt was incurred    11/2019

Last 4 digits of account number _____

Is the claim subject to offset?
✔ No
❑ Yes

---

**3.55** Nonpriority creditor's name and mailing address

KJ Endeavors, LLC
555 S. Mission St.
Mount Pleasant, MI, 48858

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: Other

**$ 1,409,525.00**

Date or dates debt was incurred    01/2018

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
❑ Yes

---

**3.56** Nonpriority creditor's name and mailing address

LaBelle Management, et al.

405 S. Mission St.
Mount Pleasant, MI, 48858

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
❑ Unliquidated
☑ Disputed

Basis for the claim: Termination of lease damages

**$ 389,053.00**

Date or dates debt was incurred    12/2019

Last 4 digits of account number _____

Is the claim subject to offset?
✔ No
❑ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 18 of 33

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** Nonpriority creditor's name and mailing address

Lamar Advertising
5321 Corporate Blvd.
Baton Rouge, LA, 70896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Advertising/Marketing

Date or dates debt was incurred  12/2018

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 28,876.00

---

**3.58** Nonpriority creditor's name and mailing address

Larry's Lock & Safe Service
PO Box 60
Angola, IN, 46703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred  03/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 278.00

---

**3.59** Nonpriority creditor's name and mailing address

Legendary Restaurant Brands
5151 Beltline Rd.
Suite 300
Dallas, TX, 75254

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Franchise Obligations

Date or dates debt was incurred  04/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 150,938.00

---

**3.60** Nonpriority creditor's name and mailing address

Mahoney Environmental
37458 Eagle Way
Chicago, IL, 60678

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred  12/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 645.00

---

**3.61** Nonpriority creditor's name and mailing address

Master Draftsman
PO Box 358
Potterville, MI, 48876

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred  12/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 192.00

---

AMENDED

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.62 Nonpriority creditor's name and mailing address
Matheson Law Firm
200 Woodland Pass
Suite F
East Lansing, MI, 48823

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Services

$ 13,569.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 09/2019
Last 4 digits of account number

### 3.63 Nonpriority creditor's name and mailing address
McDonald Hopkins PLC
39533 Woodward Ave.
Suite 318
Bloomfield Hills, MI, 48304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Services

$ 87,128.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 03/2019
Last 4 digits of account number

### 3.64 Nonpriority creditor's name and mailing address
Medler Electric
2155 Redman Dr.
Alma, MI, 48801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 149.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 10/2019
Last 4 digits of account number

### 3.65 Nonpriority creditor's name and mailing address
MG Outdoor Services
PO Box 5793
Saginaw, MI, 48603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Advertising/Marketing

$ 2,100.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 02/2019
Last 4 digits of account number

### 3.66 Nonpriority creditor's name and mailing address
Michigan Gas Utilities
PO Box 3140
Milwaukee, WI, 53201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 2,220.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 07/2019
Last 4 digits of account number

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 20 of 33

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.67** **Nonpriority creditor's name and mailing address**

Mission Impossible Printing
PO Box 358
Fowlerville, MI, 48836

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 530.00

**Date or dates debt was incurred** 10/2019

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**

Modernistic
4310 S. Creyts
Lansing, MI, 48917

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,416.00

**Date or dates debt was incurred** 05/2019

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**

Mood Media
2100 S IH-35 Frontage Rd.
Suite 200
Austin, TX, 78704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 5.00

**Date or dates debt was incurred** 09/2019

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**

Mr. Electric of Central Michigan
PO Box 219

Mount Pleasant, MI, 48804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 276.00

**Date or dates debt was incurred** 10/2019

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**

Murray Shaver
518 Laughton Drive
Midland, MI, 48640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 500.00

**Date or dates debt was incurred** 12/2019

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.72** Nonpriority creditor's name and mailing address

NCR Corporation
3095 Satellite Blvd.
Building 800, 3rd Floor
Duluth, GA, 30096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.00

**Basis for the claim:** Services

Date or dates debt was incurred    12/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.73** Nonpriority creditor's name and mailing address

Nelbud
51 Koweba Lane
Indianapolis, IN, 46201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,007.00

**Basis for the claim:** Services

Date or dates debt was incurred    05/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.74** Nonpriority creditor's name and mailing address

Northern Refrigeration
3310 Mills Rd.
Prescott, MI, 48756

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,227.00

**Basis for the claim:** Services

Date or dates debt was incurred    03/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.75** Nonpriority creditor's name and mailing address

NUC02
PO Box 9011
Stuart, FL, 34995

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,033.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    11/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.76** Nonpriority creditor's name and mailing address

Outfront Media
185 US Highway 46
Fairfield, NJ, 07004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 6,000.00

**Basis for the claim:** Services

Date or dates debt was incurred    10/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 22 of 33

| Debtor | Inspired Concepts, LLC | Case number *(if known)* | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.77 Nonpriority creditor's name and mailing address**

Pitney Bowes
PO Box 371887
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 348.00

| Date or dates debt was incurred | 12/2019 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

---

**3.78 Nonpriority creditor's name and mailing address**

Playnetwork
PO Box 21550
New York, NY, 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 693.00

| Date or dates debt was incurred | 09/2016 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

---

**3.79 Nonpriority creditor's name and mailing address**

Pleasant Graphics
6835 Lea-Pick Dr.
Mount Pleasant, MI, 48858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 1,946.00

| Date or dates debt was incurred | 02/2018 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

---

**3.80 Nonpriority creditor's name and mailing address**

Premier Paper & Supplies
3417 Roger B Chaffee Dr., SE
Suite 307
Grand Rapids, MI, 49548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 73.00

| Date or dates debt was incurred | 07/2019 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

---

**3.81 Nonpriority creditor's name and mailing address**

Priority Health
1231 E. Beltline NE
Grand Rapids, MI, 49525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 18,431.00

| Date or dates debt was incurred | 12/2019 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 23 of 33

| Debtor | Inspired Concepts, LLC | Case number (*if known*) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** Nonpriority creditor's name and mailing address

Proforma
PO Box 640814
Cincinnati, OH, 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    10/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 128.00

---

**3.83** Nonpriority creditor's name and mailing address

Quality Acquisitions, LLC
PO Box 2470
Portage, MI, 49081

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    09/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 19,083.00

---

**3.84** Nonpriority creditor's name and mailing address

R&M Services
387 E. Fenn Rd.
Coldwater, MI, 49036

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    02/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 343.00

---

**3.85** Nonpriority creditor's name and mailing address

R&M Snow Removal
1060 W. Hibbard Rd.
Owosso, MI, 48867

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    01/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 840.00

---

**3.86** Nonpriority creditor's name and mailing address

Red Book Solutions
4550 S. Windemere St.
Englewood, CO, 80110

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 299.00

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 24 of 33

| Debtor | Inspired Concepts, LLC | Case number *(if known)* | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** Nonpriority creditor's name and mailing address

Rooftop Solutions
2019 Corporate Lane
Suite 119
Naperville, IL, 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 181.00

Date or dates debt was incurred    10/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

Rose Pest Control
PO Box 309
Troy, MI, 48099

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,244.00

Date or dates debt was incurred    10/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address

SAFE Security
2440 Camino Ramon, #200
San Ramon, CA, 94583

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Services

$ 120.00

Date or dates debt was incurred    11/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

Sequin Lawn
2175 W. Linwood Rd.
Linwood, MI, 48634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 2,124.00

Date or dates debt was incurred    08/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address

Shoes for Crews
5000 T-Rex Avenue
Suite 100
Boca Raton, FL, 33431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,549.00

Date or dates debt was incurred    11/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 25 of 33

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** **92**  **Nonpriority creditor's name and mailing address**

Sign Image
8155 Gratiot Ave.
Saginaw, MI, 48609

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,248.00

Date or dates debt was incurred    08/2018

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **93**  **Nonpriority creditor's name and mailing address**

Signs by Crannie/Yesco
4145 Market Place
Flint, MI, 48507

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 300.00

Date or dates debt was incurred    09/2019

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **94**  **Nonpriority creditor's name and mailing address**

Sohn
PO Box 22158
Lansing, MI, 48909

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,624.00

Date or dates debt was incurred    11/2019

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **95**  **Nonpriority creditor's name and mailing address**

Square Toast Technologies, Inc.
5352 King James Way
Madison, WI, 53719

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,443.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **96**  **Nonpriority creditor's name and mailing address**

Still Cooking Repair, LLC
5131 E. Ward St.
Mount Pleasant, MI, 48858

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 541.00

Date or dates debt was incurred    11/2019

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.⁹⁷ Nonpriority creditor's name and mailing address**

Stuart Frankel Development
1334 Maplelawn
Troy, MI, 48084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease obligations

$ 5,340.00

Date or dates debt was incurred     12/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁹⁸ Nonpriority creditor's name and mailing address**

Summit Companies
PO Box 6205
Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,106.00

Date or dates debt was incurred     11/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁹⁹ Nonpriority creditor's name and mailing address**

Taylor Freeze of Michigan, Inc.
211 Walker Ct.
Grand Rapids, MI, 49544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,145.00

Date or dates debt was incurred     12/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.¹⁰⁰ Nonpriority creditor's name and mailing address**

Teachout Security Solutions
G-2348 Stone Bridge Dr.
Building H
Flint, MI, 48532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 875.00

Date or dates debt was incurred     03/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.¹⁰¹ Nonpriority creditor's name and mailing address**

Terminix
150 Peabody Place
Memphis, TN, 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 122.00

Date or dates debt was incurred     11/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 27 of 33

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.102  Nonpriority creditor's name and mailing address**

The 'Ville
16435 Franklin
South Monroe, MI, 48168

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Services

**$ 533.00**

Date or dates debt was incurred    05/2018

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.103  Nonpriority creditor's name and mailing address**

The Key Shop
1804 W. Wackerly St.
Midland, MI, 48640

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**$ 124.00**

Date or dates debt was incurred    12/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.104  Nonpriority creditor's name and mailing address**

The TM Group
27555 Executive Dr.
Suite 100
Farmington, MI, 48331

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Software/Operating Systems

**$ 1,702.00**

Date or dates debt was incurred    01/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.105  Nonpriority creditor's name and mailing address**

The Tuna Group
956 Northlawn Blvd.
Birmingham, MI, 48009

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**$ 75.00**

Date or dates debt was incurred    01/2020

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.106  Nonpriority creditor's name and mailing address**

Toaster Connection International
5 South Lewis St.
Metter, GA, 30439

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**$ 179.00**

Date or dates debt was incurred    11/2019

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.107** Nonpriority creditor's name and mailing address

Total-Lee Sports
1575 S. Airway Dr.
Mount Pleasant, MI, 48858

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 326.00

Date or dates debt was incurred    10/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

Tri-State Carpet
PO Box 658
Angola, IN, 46703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 195.00

Date or dates debt was incurred    03/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address

Trouble Shooters of Mid-Michigan
1565 Airway Drive
Mount Pleasant, MI, 48858

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 4,742.00

Date or dates debt was incurred    10/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

Ultimate Landscaping
4283 N. Autumn Ridge Dr.
Saginaw, MI, 48603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 465.00

Date or dates debt was incurred    02/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

USA Paper and Ribbon
21270 W. 8 Mile Rd.
Southfield, MI, 48075

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 496.00

Date or dates debt was incurred    12/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 29 of 33

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.112  Nonpriority creditor's name and mailing address**

Vanguard Fire and Security Systems
PO Box 9218
Grand Rapids, MI, 49509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    12/2019
Last 4 digits of account number

$ 936.00

---

**3.113  Nonpriority creditor's name and mailing address**

Veterans Alarm
5100 Bay City Rd.
Midland, MI, 48642

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    07/2019
Last 4 digits of account number

$ 335.00

---

**3.114  Nonpriority creditor's name and mailing address**

Wasserstrom Company
PO Box 182056
Columbus, OH, 43218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    11/2019
Last 4 digits of account number

$ 1,181.00

---

**3.115  Nonpriority creditor's name and mailing address**

Waste Management of Michigan
PO Box 4648
Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    12/2019
Last 4 digits of account number

$ 516.00

---

**3.116  Nonpriority creditor's name and mailing address**

WEX Bank
PO Box 6239
Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    01/2020
Last 4 digits of account number

$ 2,584.00

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 30 of 33

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 117  **Nonpriority creditor's name and mailing address**

Wolverine Signs
923 Bradley
Owosso, MI, 48867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred  03/2019

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number

$ 1,174.00

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number

$

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number

$

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number

$

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number

$

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 31 of 33

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Richard O. Milster, Esq.<br>240 W. Main St.<br>Suite 1000<br>Midland, MI, 48640 | Line 3.56<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 32 of 33

| Debtor | Inspired Concepts, LLC | Case number *(if known)* | 20-20034 |
|---|---|---|---|
| | Name | | |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 618,565.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 3,561,891.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,180,456.00 |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 33 of 33

**Fill in this information to identify the case:**

Debtor name ___Inspired Concepts, LLC___

United States Bankruptcy Court for the: ___Eastern District of Michigan___

Case number (If known): ___20-20034___   Chapter ___11___

☑ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Real Property lease, Pixie Restaurant, Mt. Pleasant, MI Lessee | LaBelle Limited Partnership 405 S. Mission St. Mount Pleasant, MI, 48858 |
| | State the term remaining | September 30, 2024 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease, Big Apple Bagel, Midland, MI Lessee | Mart Modern Plaza LLC 908 Meadowbrook Midland, MI, 48640 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease, Bennigan's, Mt. Pleasant, MI Lessee | Labelle Limited Partnership 405 S. Mission St. Mount Pleasant, MI, 48858 |
| | State the term remaining | September 30, 2024 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Real Property lease, Ponderosa, Mt. Pleasant, MI Lessee | Hospitality Holdings, LLC 405 S. Mission St. Mount Pleasant, MI, 48858 |
| | State the term remaining | September 30, 2024 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Real Property lease, Italian Oven, Mt. Pleasant, MI Lessee | LaBelle Limited Partnership 405 S. Mission St. Mount Pleasant, MI, 48858 |
| | State the term remaining | September 30, 2024 | |
| | List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 1 of 3

Debtor   Inspired Concepts, LLC
         Name

Case number (*if known*)   20-20034

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease, Smashburger, West Bloomfield, MI Lessee | The Shopping Boardwalk in West Bloomfield, LLC 31731 Northwestern Hwy., Suite 250W Fenwick, MI, 48834 |
| | **State the term remaining** | January 31, 2022 (est.) | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease, Smashburger, Troy, MI Lessee | Troy Sports Center Properties, LLC 1819 E. Big Beaver Rd. Troy, MI, 48083 |
| | **State the term remaining** | November 30, 2022 | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property lease, Smashburger, Rochester Hills, MI Lessee | Campus Corners Associates Limited Partnership 1334 Maplelawn Troy, MI, 48084 |
| | **State the term remaining** | June 30, 2026 (est.) | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Estate lease, Noodles & Co., Midland, MI Lessee | D3 Midland LLC 3841 Greenhills Village, Suite 400 Nashville, TN, 37215 |
| | **State the term remaining** | June 30, 2036 | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease: Deli Cases Lessee | CharBhan Holdings, LLC 555 S. Mission St. Mount Pleasant, MI, 48858 |
| | **State the term remaining** | October 5, 2020 | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease: Espresso Machine and related items Lessee | CharBhan Holdings, LLC 555 S. Mission St. Mount Pleasant, MI, 48858 |
| | **State the term remaining** | June 30, 2022 | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease: Refrigeration equipment Lessee | CharBhan Holdings, LLC 555 S. Mission St. Mount Pleasant, MI, 48858 |
| | **State the term remaining** | April 6, 2020 | |
| | **List the contract number of any government contract** | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 2 of 3

| | |
|---|---|
| Debtor | Inspired Concepts, LLC |
| | Name |
| Case number (if known) | 20-20034 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number o any government contract | Real Property lease, Cracked Restaurant, Northville, MI<br>Lessee<br><br>December 31, 2022 (est.) | Northwille Retail Center Phase2, LLC<br>c/o Grand Sakwa Management<br>28470 13 Mile Rd.<br>Farmington, MI, 48334 |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Real Property lease, Noodles & Co., Mt. Pleasant, MI<br>Lessee<br><br>June 30, 2032 | MP Note LLC<br>200 W. Michigan Ave., Suite 201<br>Kalamazoo, MI, 49007 |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Real Property lease for Big Apple Bagel, Mt. Pleasant, MI<br>Lessee<br><br>December 31, 2025 (est.) | LaBelle Limited Partnership<br>405 S. Mission St.<br>Mount Pleasant, MI, 48858 |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of Pitney Bowes postage meter<br>Lessee<br><br>June 30, 2022 | Pitney Bowes |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of Office Copier<br>Lessee<br><br>unknown | Polak Corporation<br>1400 Keystone<br>Lansing, MI, 48911 |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page _3_ of _3_

**Fill in this information to identify the case and this filing:**

Debtor Name  Inspired Concepts, LLC

United States Bankruptcy Court for the:  Eastern District of Michigan

Case number (*If known*):  20-20034

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/12/2020        ✗ /s/ Jeff Neely
              MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                   Jeff Neely
                                   Printed name

                                   Member
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Inspired Concepts, LLC___

United States Bankruptcy Court for the: Eastern District of Michigan

Case number (If known): ___20-20034___

☑ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM / DD / YYYY | to | Filing date | | ☑ Operating a business<br>☐ Other | $ 3,550,563.00 |
| **For prior year:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other | $ 17,026,937.00 |
| **For the year before that:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other | $ 24,115,503.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM / DD / YYYY | to | Filing date | | | $ 0.00 |
| **For prior year:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | | | $ 0.00 |
| **For the year before that:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | | | $ 0.00 |

| | | | |
|---|---|---|---|
| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>List Certain Transfers Made Before Filing for Bankruptcy</strong></td></tr>
</table>

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | See Attached SOFA Part 2, Question 3 | _____ | $ 2,166,177.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | _____ | | ☐ Other _____ |
| 3.2. | | _____ | $ _____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Natash Neely | _____ | $ 78,491.97 | Wages and benefits for services provided |
| | Insider's name | | | |
| | 555 S. Mission St. | _____ | | |
| | Mt. Pleasant, MI 48858 | | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | Daughter of Members | | | |
| 4.2. | CharBhan Holdings, LLC | _____ | $ 80,260.00 | Periodic and regular lease and rent payments |
| | Insider's name | | | |
| | 555 S. Mission St. | _____ | | |
| | Mt. Pleasant, MI 48858 | | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | Affiliate | | | |

Debtor   Inspired Concepts, LLC
         _____
         Name

Case number (if known) 20-20034
         _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $ _____ |
| 5.2. _____<br>Creditor's name | | _____ | $ _____ |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $ _____ |

Last 4 digits of account number: XXXX– _____

---

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Inspired Concepts, LLC v. LADCO, Inc., et al.<br><br>**Case number**<br>19-16069 CB | Breach of Contract | Isabella Circuit Court<br><br>300 N. Main St.<br>Mount Pleasant, MI 48858 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Labelle Limited Partnership, et al. v. Inspired Concepts, LLC, et al.<br><br>**Case number**<br>19-15422 | Breach of contract. Judgment en | Isabella Circuit Court<br><br>300 N. Main St.<br>Mount Pleasant, MI 48858 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

---

| Debtor | Inspired Concepts, LLC | Case number (if known) 20-20034 |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

---

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. See Attached SOFA Part 4, Question 9 | | _____ | $4,233.00 |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Fire Damage: Italian Oven, Mt. Pleasant | 27,199.00 | 08/04/2019 | $27,199.00 |

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Grasl PLC | | 01/06/2020 | $ 16,000.00 |
| | **Address** | | | |
| | 31800 Northwestern Hwy.<br>Suite 350<br>Farmington, MI 48334 | | | |
| | **Email or website address**<br>jeff@graslplc.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

20-20034-dob    Doc 157    Filed 05/13/20    Entered 05/13/20 11:01:40    Page 53 of 64

Debtor  Inspired Concepts, LLC
 Name

Case number (*if known*) 20-20034

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:  Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | Inspired Concepts, LLC | Case number (*if known*) | 20-20034 |
|---|---|---|---|
| | Name | | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankrupcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Inspired Concepts LLC 401(k) Profit Sharing Plan | EIN: 46-4401178 |

Has the plan been terminated?

☑ No

☐ Yes

---

20-20034-dob    Doc 157    Filed 05/13/20    Entered 05/13/20 11:01:40    Page 55 of 64

Debtor   Inspired Concepts, LLC                                    Case number (if known) 20-20034
_____
Name

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Fifth Third Bank (Closed)<br>Name | XXXX– 1855 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 08/28/2019 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

20-20034-dob    Doc 157    Filed 05/13/20    Entered 05/13/20 11:01:40    Page 56 of 64

| Debtor | Inspired Concepts, LLC | Case number *(if known)* | 20-20034 |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

| Debtor | Inspired Concepts, LLC | Case number (if known) | 20-20034 |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____ To _____ |
| 25.2. | Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____ To _____ |
| 25.3. | Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____ To _____ |

20-20034-dob    Doc 157    Filed 05/13/20    Entered 05/13/20 11:01:40    Page 58 of 64

Debtor __Inspired Concepts, LLC_____ Case number (*if known*) __20-20034_____
Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Carrie Hindmon, CPA <br> Name <br> 4295 Okemos Rd., Suite 200, Okemos MI 48864 | From 01/01/2017 <br> To 01/10/2020 |
| 26a.2. _____ <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Carrie Hindmon, CPA <br> Name <br> 4295 Okemos Rd., Suite 200, Okemos MI 48864 | From 01/01/2017 <br> To 01/10/2020 |
| 26b.2. _____ <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Jeffrey Neely <br> Name <br> 555 S. Mission St., Mt. Pleasant MI 48858 | |

Debtor  Inspired Concepts, LLC
_____
Name

Case number (*if known*)  20-20034
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Fifth Third Bank<br>_____<br>Name<br>c/o Michael Messenger, Esq.,  433 N. Summit, 9th Flr., Toledo OH 43604 |

| Name and address |
|---|
| 26d.2. Mercantile Bank<br>_____<br>Name<br>c/o Andrew Shier, Esq., 99 Monroe Ave. NW., Suite 1100, Grand Rapids MI 49503 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    Inspired Concepts, LLC
          _____    Case number (*if known*) 20-20034 _____
          Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | | |
| 27.2. _____ | | | |
| Name | | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Neely | 555 S. Mission St., Mount Pleasant, MI 48858 | Member | 50 |
| Patti Neely | 555 S. Mission St., Mount Pleasant, MI 48858 | Member | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jeffrey and Patti Neely | 184,940.00 | _____ | Distributions and payment of Health Benefits for period January 2019 - January 10, 2020 |
| | Name | | _____ | |
| | 555 S. Mission St. Mount Pleasant, MI 48858 | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | | |
| | Members | | | |

| Debtor | Inspired Concepts, LLC | | Case number (if known) | 20-20034 |
|---|---|---|---|---|
| | Name | | | |

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Inspired Concepts LLC 401(k) Profit Sharing Plan | EIN: 46-4401178 |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     05/12/2020
             MM / DD / YYYY

✖ /s/ Jeff Neely                                        Printed name    Jeff Neely
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name  Inspired Concepts, LLC _____    Case number *(if known)* 20-20034 _____

### Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | |
|---|---|---|
| Levi Martin | 555 S. Mission St., Mt. Pleasant, MI 48858 | $84,665.21 |
| KJ Endeavors, LLC | 555 S. Mission St., Mt. Pleasant, MI 48858 | $90,871.00 |
| Joshua Neely | 555 S. Mission St., Mt. Pleasant, MI 48858 | $83,511.36 |
| Emma Neely | 555 S. Mission St., Mt. Pleasant, MI 48858 | $28,557.90 |

**7) Legal Actions**

Mercantile Bank of Michigan v. Inspired Concepts, et al.

19-15986 CK

Breach of Contract

Isabella Circuit Court

300 N. Main St., Mount Pleasant, MI 48858

Pending

-------

Ovens, LLC v. Inspired Concepts, LLC

19-002360 LT

Proceedings for possession.  Order of Dismissal entered November 7, 2019 denying relief.

70th District Court

111 S. Michigan Ave., Saginaw, MI 48602

Concluded

-------

Ovens, LLC v. Inspired Concepts, LLC, et al.

19-15901 CB

Breach of Contract.  Judgment entered against Debtor December 6, 2019 in amount of $78,745.

Isabella Circuit Court

300 N. Main St., Mount Pleasant, MI 48858

Concluded

Official Form 207          **Statement of Financial Affairs for Non-Individuals**

Debtor Name   Inspired Concepts, LLC                                    Case number *(if known)*   20-20034

## Continuation Sheet for Official Form 207

-------

**LADCO, Inc. v. Inspired Concepts, LLC, et al.**

**1:19-10855 BC**

**Trademark infringement; breach of contract**

**U.S. District Court, E.D. Michigan**

**1000 Washington Ave., Bay City, MI 48708**

**Pending**

-------

**26d) Creditors**

**LaBelle Management**                              **c/o Richard Milster, Esq., 240 William St., #1000, Midland MI 48640**