UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN THE MATTER OF:

**INSPIRED CONCEPTS, LLC,**  Case No. 20-20034

Chapter 11

Debtor.  Hon. Daniel Opperman

## THIRD ORDER EXTENDING DEADLINE TO SOLICIT PLAN AND RELATED DATES

This matter having come before the Court on the *Stipulation to Third Extension of Deadline to Solicit Plan and Related Dates*, stipulated to by the Official Committee of Unsecured Creditors (the "Committee") of Inspired Concepts, LLC (the "Debtor"), the Debtor, Fifth Third Bank, N.A., and Gordon Food Service; and Mercantile Bank and the United States Trustee having approved the form of the proposed Order; it appearing that the relief requested is in the best interest of the Debtor's estate, its creditors and other parties-in-interest; and the Court being fully advised in the premises;

**NOW THEREFORE IT IS ORDERED** that:

1. The deadline for the Debtor to arrange for service by mail of the Plan in accordance with LBR 3018-1 (E.D.M) is extended from June 25, 2020 through ***July 31, 2020***.

2. The deadline to return ballots on the Plan, as well as to file objections to final approval of the disclosure statement and objections to confirmation of the Plan is extended from July 21, 2020 to **August 25, 2020**.

3. The hearing on objections to final approval of the disclosure statement and confirmation of the Plan is adjourned from August 4, 2020 to ***September 9, 2020, at 10:00 a.m. in the United States Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708***.

4. The deadline for all professionals to file final fee applications is extended from August 12, 2020 through **September 24, 2020**.

5. In the event that Debtor files an amended disclosure statement, Debtor must obtain preliminary approval of the amended disclosure statement before solicitation of the Plan or any amended Plan. This Order is without prejudice to any party requesting a further extension of time or this Court *sua sponte* issuing revised dates upon submission of an amended disclosure statement or otherwise.

6. The Debtor shall provide counsel to the Committee a copy of the proposed amended Plan no less than two (2) business days before such amended Plan is filed on the docket in the above-captioned case. The Committee is authorized, but

not required, to provide letter in support of or in opposition to any Plan, which letter, if any, shall be included with such Plan in the plan solicitation package and mailed by the Debtor.

**Signed on July 7, 2020**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge