UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSPIRED CONCEPTS, LLC, | ) | Case No. 20-20034 |
| | ) | |
| Debtor. | ) | Hon. Daniel Opperman |
| _____ | ) | |

**ORDER GRANTING MOTION FOR ORDER REQUIRING IMMEDIATE PAYMENT OR ADEQUATE PROTECTION OF PACA CLAIM**

**THIS MATTER** came before the Court on the MOTION FOR ORDER REQUIRING IMMEDIATE PAYMENT OR ADEQUATE PROTECTION OF PACA CLAIM (the "Motion") filed by Gordon Food Service, Inc. ("GFS"). For good cause shown, the application is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that GFS holds a valid claim under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§ 499a *et seq.* ("PACA"), which totals $147,389.52 as of August 21, 2020, plus additional interest and attorney fees that may accrue (the "PACA Claim");

**IT IS FURTHER ORDERED** that Debtor shall immediately pay to GFS all amounts due and owing on its PACA Claim.