UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

INSPIRED CONCEPTS, LLC,                         Case No. 20-20034-dob
                                                Chapter 11 Proceeding
            Debtor.                             Hon. Daniel S. Opperman

_____/

## ORDER GRANTING PRELIMINARY APPROVAL OF
## FIRST AMENDED DISCLOSURE STATEMENT AND
## <u>SCHEDULING CONFIRMATION HEARING</u>

The Debtor has filed a first amended combined plan and disclosure statement. The Court has reviewed the disclosure statement and has decided to grant it preliminary approval.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the disclosure statement is granted preliminary approval, subject to any timely and proper objections.

**IT IS FURTHER ORDERED** that the Debtor must within 7 days arrange for service by mail in accordance with L.B.R. 3018-1 (E.D.M.).

**IT IS FURTHER ORDERED** that for that purpose the Debtor must use an updated copy of the matrix, available from the Clerk, and the Debtor must file with the Court as promptly as possible a Certificate of Service which must set forth to whom notice has been given.

The deadline to return ballots on the plan, as well as to file objections to final approval of the disclosure statement and objections to confirmation of the plan, is *September 25, 2020*. The completed ballot form must be returned by mail to Debtor's attorney *Ryan Heilman, 40900 Woodward Avenue, Suite 111, Bloomfield Hills, Michigan 48304.*

The hearing on objections to final approval of the disclosure statement and confirmation of the plan will be held on *Wednesday, September 30, 2020 at 10:30 a.m. The parties must appear by phone and should call (888) 557-8511 and use Access Code: 1287364.*

The deadline for all professionals to file final fee applications is *October 15, 2020.*
**Signed on August 27, 2020**



/s/ **Daniel S. Opperman**
_____

**Daniel S. Opperman**
**United States Bankruptcy Judge**