## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION – BAY CITY

In the matter of:

**INSPIRED CONCEPTS, LLC,**         **Case No. 20-20034**

                                       **Chapter 11**

            **Debtor.**                 **Hon. Daniel Opperman**

_____/

### STIPULATION EXTENDING DEADLINES TO RESPOND TO
### MOTION FILED BY GORDON FOOD SERVICE

       Each of the parties set forth below, through counsel, consents and stipulates to entry of

the Order attached as **Exhibit A** hereto, which extends the deadline from September 4, 2020

through September 11, 2020 for Fifth Third Bank, National Association ("Fifth Third") to

respond to Gordon Food Services' *Motion for Order Requiring Immediate Payment or Adequate*

*Protection of PACA Claim* [DN 264].

Respectfully submitted,


ROBISON, CURPHEY & O'CONNELL                ICE MILLER LLP

/s/ W. David Arnold _____                 /s/ Jason Torf _____

W. David Arnold (P76250)                        Jason M. Torf

*Attorney for Fifth Third Bank, National Association*      *Attorney for Gordon Food Service*

Ninth Floor, Four SeaGate                       200 W. Madison St., Suite 3500

Toledo, Ohio 43604                             Chicago, IL 60606

(419) 249-7900                                 (312) 726-6244

(419) 249-7911 – facsimile                        Jason.Torf@icemiller.com

darnold@rcolaw.com

1

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION – BAY CITY**

In the matter of:

INSPIRED CONCEPTS, LLC,   Case No. 20-20034

           Chapter 11

    Debtor.     Hon. Daniel Opperman
_____/

### ORDER APPROVING STIPULATION EXTENDING DEADLINES TO RESPOND TO MOTION FILED BY GORDON FOOD SERVICE

This matter having come before the Court on the stipulation of Fifth Third and Gordon Food Services ("GFS"); and the Court being otherwise fully advised in the premises thereof:

IT IS HEREBY ORDERED that

The deadline for Fifth Third to respond to GFS's *Motion for Order Requiring Immediate Payment or Adequate Protection of PACA Claim* [DN 264] is extended from September 4, 2020 through September 11, 2020.