UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

In the matter of:

**INSPIRED CONCEPTS, LLC,**          Case No. 20-20034

                                   Chapter 11

         Debtor.                 Hon. Daniel Opperman
_____/

## OBJECTION TO MOTION FOR ORDER REQUIRING IMMEDIATE PAYMENT OR ADEQUATE PROTECTION OF PACA CLAIM FILED BY GORDON FOOD SERVICE

Fifth Third Bank, National Association ("Fifth Third") objects to Gordon Food Services' *Motion for Order Requiring Immediate Payment or Adequate Protection of PACA Claim* [the "Motion" -- DN 264]. Fifth Third adopts and incorporates fully in this objection Debtor's Corrected Objection to the Motion (DN 287). For all of the reasons stated in Debtor's Corrected Objection to the Motion, the Motion should be denied.

                               Respectfully submitted,

                               ROBISON, CURPHEY & O'CONNELL

                               /s/ W. David Arnold
                               W. David Arnold (P76250)
                               *Attorney for Fifth Third Bank, National Association*
                               Ninth Floor, Four SeaGate
                               Toledo, Ohio 43604
                               (419) 249-7900
                               (419) 249-7911 – facsimile
                               darnold@rcolaw.com