UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

INSPIRED CONCEPTS, LLC,
    Debtor.
_____/

Case No. 20-20034-dob
Chapter 11 Proceeding
Hon. Daniel S. Opperman

ORDER RESCHEDULING EVIDENTIARY HEARINGS
AND ESTABLISHING DEADLINES

The Court held a status conference regarding this matter on September 9, 2020. At this conference, counsel for various parties advised the Court of the status of outstanding issues that must be addressed by the Court. In addition, counsel for the Debtor suggested that various evidentiary hearings set in September should be realigned so that the Debtor would be in a better position to address confirmation issues at the September 30, 2020 confirmation hearing. After hearing from counsel, the Court concluded the various evidentiary hearings should be reset and that deadlines should be established governing these hearings and the confirmation process.

NOW, THEREFORE, IT IS HEREBY ORDERED that the September 23, 2020 hearing regarding valuation is adjourned to September 30, 2020 at 10:00 a.m.

IT IS FURTHER ORDERED that the hearing on the Application for Administrative Expenses and Motion for Adequate Protection and Pre-Confirmation Payments of Gordon Food Service, Inc., (Docket Nos. 263 and 264) and any responses to these pleadings will be conducted by video conference on September 23, 2020 starting at 10:00 a.m.

IT IS FURTHER ORDERED that Gordon Food Service, Inc. may file a reply brief or pleading on or before September 18, 2020.

1

IT IS FURTHER ORDERED that witness and exhibit lists regarding the pleadings of Gordon Food Service, Inc. must be filed by September 21, 2020. Witness and exhibit lists regarding the valuation issues must be filed by September 23, 2020 and the previous Order of the Court setting deadlines is modified accordingly.

IT IS FURTHER ORDERED that by September 25, 2020 the parties must inform the Court of any settlement regarding the valuation issues.

IT IS FURTHER ORDERED that in the event the parties have not resolved the valuation issues, then any party may file a pre-hearing brief regarding their respective position as to valuation by September 29, 2020.

IT IS FURTHER ORDERED that in the event the parties have not resolved the valuation issues, the Court will conduct an evidentiary hearing by video conference commencing September 30, 2020 at 10:00 a.m.

IT IS FURTHER ORDERED that in the event the parties have resolved the valuation issues by September 25, 2020, then the Court will proceed to address confirmation of the Debtor's first amended disclosure statement and plan as originally scheduled on September 30, 2020. Moreover, the Court may also address initial confirmation hearing issues on September 30, 2020 at the conclusion of the evidentiary hearing regarding the valuation issues.

**Signed on September 11, 2020**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**