# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION – BAY CITY

IN THE MATTER OF:

**INSPIRED CONCEPTS, LLC,**          Case No. 20-20034
                                           Chapter 11
        **Debtor.**                         Hon. Daniel Opperman

---

## MEDIATOR'S CERTIFICATION PURSUANT TO L.B.R. 7016-2(A)(7) (E.D.M.)

       The mediator hereby certifies that mediation between Debtor and Gordon Food Service, Inc.:

         [X]     was conducted in compliance with L.B.R. 7016-2

         [ ]      was not conducted in compliance with L.B.R. 7016-2 because

                 [ ]     the parties settled prior to the mediation; or

                 [ ]     for the following reason: _____

       At the mediation, the parties:

         [X]     achieved a settlement,

                 [ ]     and thereafter, signed a written settlement memorandum.

                 [X]     and did not sign a written settlement memorandum.

         [ ]      did not achieve a settlement.

                                                 By:     */s/ Judy A. O'Neill*
                                                           Judy A. O'Neill (P32142)
                                                           Judy O'Neill Law, PLLC
                                                           239 Ridge Road
                                                           Grosse Pointe Farms, MI 48226
                                                           (313) 618 4540
                                                           jao@judyoneilllaw.com
                                                           judyaoneill@gmail.com