UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

In the matter of:

**INSPIRED CONCEPTS, LLC,**          Case No. 20-20034

                                                  Chapter 11

             Debtor.                  Hon. Daniel Opperman
_____/

## STIPULATION ON PROCEDURES FOR VALUATION HEARING

Each of the parties set forth below, through counsel, consents and stipulates to entry of the Order attached as **Exhibit A** hereto.

The Court has entered the Order Rescheduling Evidentiary Hearings and Establishing Deadlines [DN 299]. In that Order the Court scheduled an evidentiary hearing for September 30, 2020 (the "Hearing") on the value of Fifth Third Bank, National Association's collateral.[1] The Order also establishes deadlines for the parties to file witness and exhibit lists prior to the Hearing (September 23, 2020) and to file prehearing briefs (September 29, 2020).

The parties have agreed to additional procedural provisions in connection with the Hearing. Those agreements, to which the parties now stipulate, include discovery, exchange and treatment of expert reports, and additional deadlines.

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Order attached as **Exhibit A** hereto.

[Signatures on following page]

---

[1] The Order also provides that the parties must inform the Court of any settlement of the valuation dispute by September 25, 2020.

{00868263.2}                        1

| **SCHAFER AND WEINER, PLLC** | **WERNETTE HEILMAN PLLC** |
|---|---|
| By: /s/ John J. Stockdale, Jr. | By: /s/ Ryan D. Heilman |
|    John J. Stockdale, Jr. (P71561) |    Ryan D. Heilman (P63952) |
|    Attorney for Committee |    Attorney for Debtor |
|    40950 Woodward Ave., Suite 100 |    40900 Woodward Ave., Ste. 111 |
|    Bloomfield Hills, MI 48304 |    Bloomfield Hills, MI 48304 |
|    Telephone: (248) 540-3340 |    Telephone: (248) 835-4745 |
|    jstockdale@schaferandweiner.com |    ryan@wernetteheilman.com |

**ROBISON CURPHEY & O'CONNELL**

By: /s/ W. David Arnold
   W. David Arnold (P76250)
   Attorney for Fifth Third Bank, N.A.
   Four SeaGate, Ninth Floor
   Toledo, OH 43604
   Telephone: (419) 249-7900
   darnold@rcolaw.com

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION – BAY CITY**

**In the matter of:**

**INSPIRED CONCEPTS, LLC,**　　　　　　　Case No. 20-20034

　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　**Debtor.**　　　　　　　　　　Hon. Daniel Opperman
_____/

**ORDER ESTABLISHING ADDITIONAL**
**PROCEDURES FOR VALUATION HEARING**

　　　　This matter having come before the Court on the stipulation of Debtor; Fifth Third Bank, National Association; and the Committee of Unsecured Creditors, and the Court being otherwise fully advised in the premises:

　　　　IT IS HEREBY ORDERED that, with respect to the evidentiary hearing scheduled for September 30, 2020 (the "Hearing") on the value of Fifth Third Bank, National Association's collateral, the following procedures and deadlines shall obtain:

　　　　1.　　The parties may conduct discovery, limited to production of documents and interviews of expert witnesses (to be conducted through an audio-visual format agreed-upon by the parties, the "Interviews"), as set forth below.

　　　　2.　　The parties will exchange expert reports no later than noon on September 21, 2020.

　　　　3.　　The parties will produce requested documents to each other no later than noon on September 22, 2020, limited to (i) all nonprivileged documents as requested via email by no later

than 4:00 pm on September 18, 2020, and (ii) all documents that each party intends to include on their exhibit list to be filed on September 23, 2020.

    4.    The parties will schedule the Interviews at mutually convenient times prior to the Hearing (tentatively scheduled for September 24, 2020).

    5.    The parties will file, no later than September 28, 2020, (i) any stipulations of fact, and (ii) any stipulations to the admissibility of the expert reports, documents, and exhibits. The parties have agreed, and the Court concurs, that the expert reports will be admissible subject only to a *Daubert* challenge, which the parties have specifically reserved.