# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION – BAY CITY

IN THE MATTER OF:

**INSPIRED CONCEPTS, LLC,**           Case No. 20-20034

          Chapter 11

      **Debtor.**           **Hon. Daniel Opperman**

## EIGHTH ORDER EXTENDING
## DATES RELATED TO PLAN CONFIRMATION

This matter having come before the Court on the *Stipulation to Eighth Order Extending Dates Related to Plan Confirmation*, stipulated to by the Debtor, the Official Committee of Unsecured Creditors of Inspired Concepts, LLC, Fifth Third Bank, N.A., Gordon Food Service, Mercantile Bank, and Hospitality Holdings, LLC, and the United States Trustee having approved the form of the proposed Order; this matter having been discussed at a status conference held on September 24, 2020; and it appearing that the relief requested is necessary and in the best interest of the Debtor's estate, its creditors and other parties-in-interest; and the Court being fully advised in the premises;

**NOW THEREFORE IT IS ORDERED** that:

1. The deadline to return ballots on the Plan, as well as to file objections to final approval of the disclosure statement and objections to confirmation of the Plan is extended from September 25, 2020 to ***October 27, 2020***.

2. The Debtor shall file plan supplement documents no later than October 13, 2020.

3. The hearing on objections to final approval of the disclosure statement and confirmation of the Plan is adjourned from September 30, 2020 to **November 3, 2020, at 9:30 a.m. in the United States Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708**, and will be continued, if necessary, on **November 4, 2020 at 9:30 a.m.** The hearing will be held telephonically unless otherwise ordered by the Court.

4. The deadline for all professionals to file final fee applications is extended from October 15, 2020 through **November 19, 2020**.

5. The hearing on valuation of Fifth Third's collateral relating to confirmation as discussed at the August 19, 2020 status conference (the "Valuation Hearing") shall be adjourned from September 30, 2020 to **October 7, 2020, at 9:30 a.m. in the United States Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708**. The hearing will be held remotely via video-conferencing unless the Court orders otherwise.

6. Any parties participating the Valuation Hearing shall file any stipulations of fact and any stipulations to the admissibility of expert reports, documents, and exhibits by October 5, 2020. The parties have agreed, and the Court concurs, that the expert reports will be admissible subject only to a Daubert challenge, which the parties have specifically reserved.

7. Any party may file a pre-hearing brief regarding their respective positions as to valuation by October 6, 2020.

8. Hearings on the following motions are hereby rescheduled to **November 24, 2020 at 9:30 a.m. in the United States Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708**: (i) Debtor's Motion for Approval of Settlement With Labelle Limited Partnership and Related Entities [DN 205]; (ii) Gordon Food Service, Inc's Motion for Allowance and Payment of Administrative Priority Claim under 11 U.S.C. § 503(b)(9) [DN 263] (the "GFS 503(b)(9) Motion"); and (iii) Gordon Food Service, Inc's Motion for Order Requiring Immediate Payment or Adequate Protection of PACA Claim [DN 264] (the "GFS PACA Motion," together with the GFS 503(b)(9) Motion, the "GFS Motions"). The hearings will be held telephonically or via video-conferencing unless the Court orders otherwise. Any prior deadlines for GFS to file a reply in connection with the GFS Motions are hereby stricken and reset to **November 19, 2020**. Any prior deadlines for parties to file witness and exhibit lists in connection with the GFS Motions are hereby stricken and reset to **November 20, 2020**.

**Signed on September 30, 2020**



/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**