UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN THE MATTER OF:

**INSPIRED CONCEPTS, LLC,**          Case No. 20-20034

         Chapter 11

         **Debtor.**          Hon. Daniel Opperman

## ORDER SCHEDULING AN EXPEDITED HEARING ON DEBTOR'S MOTION FOR APPROVAL OF SETTLEMENT WITH GORDON FOOD SERVICE, INC.

The Court, having reviewed Debtor's *Ex-Parte* Motion for Expedited Hearing ("Expedited Hearing Motion") on Debtor's Motion for Approval of Settlement with Gordon Food Service, Inc. ("Motion"); and the Court being otherwise fully advised:

**NOW THEREFORE, IT IS HEREBY ORDERED**

A. The Expedited Hearing Motion is granted as set forth below.

B. The Motion shall be heard telephonically or via video-conference on *November 3, 2020 at 9:30 a.m.*

C. Any objections to the Motion must be filed by no later than *noon on November 2, 2020*. If no timely objections are filed, the Motion may be granted without a hearing.

D. Debtor shall promptly serve a copy of the Motion and this Order on counsel for Gordon Food Service, Inc., the Committee, and all creditors and parties-

in-interest required to be served by (a) this Court's electronic case filing service or (b) first-class U.S. mail.

**Signed on October 26, 2020**



/s/ **Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**